UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60294-CIV-SINGHAL

JAMES WATSON,

    Plaintiff,

vs.

WATERSON RESIDENTIAL, LLC
d/b/a ONE PLANTATION,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement (DE [22]).  The Court having carefully reviewed the Notice of Settlement, the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal papers by **July 3, 2026**.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF